BRIGHTON CONSTRUCTION, INC., PLAINTIFF-RESPON-
DENT, v. L & J ENTERPRISES, INC., DEFENDANT AND
THIRD-PARTY PLAINTIFF-APPELLANT, v. BENJ. GRU-
NAUER COMPANY, A NEW JERSEY CORPORATION,
THIRD-PARTY DEFENDANT-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued November 19, 1973—Decided January 4, 1974.

Before Judges LYNCH, MEHLER and MICHELS.

*Mr. Richard K. Rosenberg* argued the cause for plaintiff-respondent (*Heller & Laiks,* attorneys; *Mr. Richard K. Rosenberg,* of counsel, and *Mr. Herbert R. Ezor,* on the brief).

*Mr. Robert B. Hermes* argued the cause for appellant (*Hermes & Gitlin,* attorneys; *Mr. Robert B. Hermes* of counsel and on the brief).

*Mr. Milton C. Yarrow* argued the cause for third-party defendant-respondent.

Before Judges LYNCH, MEHLER and MICHELS.

PER CURIAM. The judgment of the Chancery Division is affirmed essentially for the reasons set forth in the opinion of Judge Kole.